### In re Brett A. PANTALONE and Daniel P. Homiller.

### No. 2012–1301.

United States Court of Appeals, Federal Circuit.

Dec. 4, 2012.

Edward H. Green, III, Coasts & Bennett, PLLC, of Cary, North Carolina, for appellants.

Raymond T. Chen, Solicitor, Office of the Solicitor, United States Patent and Trademark Office, of Alexandria, Virginia. With him on the brief were William LaMarca and Joseph G. Piccolo, Associate Solicitor.

DYK, MOORE, and Reyna, Circuit Judges.

#### JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**